```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVID MELENDEZ,

                Plaintiff,

         -v-

ROCKAWAY MAINTENANCE PARTNERS
CORP., ROCKAWAY MAINTENANCE CORP.,
BRIGHTEN 8TH PARTNERS, LLC., SIMEON
FARBER, and URI DREIFUS,

                Defendants.

-----------------------------------------------------------------X

22-cv-10679 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

As a reminder, the Initial Pretrial Conference scheduled in this matter for March 24, 2023, at 10:00AM will be held remotely by telephone. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

The Clerk of Court is respectfully directed to send a copy of this order to the Plaintiff at 3102 Dwight Avenue, Far Rockaway, NY 11691.

SO ORDERED.

Dated: March 13, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge