```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DAVID MELENDEZ,                                                   :
                                                                  :
                          Plaintiff,                              :
                                                                  :          22-cv-10679 (LJL)
            -v-                                                   :
                                                                  :          ORDER
ROCKAWAY MAINTENANCE PARTNERS                                     :
CORP., ROCKAWAY MAINTENANCE CORP.,                                :
BRIGHTEN 8TH PARTNERS, LLC., SIMEON                               :
FARBER, and URI DREIFUS,                                          :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

An Initial Pretrial Conference was scheduled in this matter for March 24, 2023. Counsel for Defendants appeared at the conference. The Pro Se Plaintiff failed to appear at the conference. Defendants are to withdraw their current motion and will file its motion for summary judgment by March 31, 2023. Defendants are to indicate in their motion that opposing papers are due two weeks after.

The Clerk of Court is respectfully directed to send a copy of this order to the Plaintiff at 3102 Dwight Avenue, Far Rockaway, NY 11691.

SO ORDERED.

Dated: March 28, 2023
       New York, New York                              _____
                                                              LEWIS J. LIMAN
                                                         United States District Judge