

ERIC R. STERN, ESQ.
Founding Partner
Cell (917) 741-3025
EStern@SternLawGroup.com

April 20, 2023

**VIA ECF**:
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

Re: **Melendez vs. Rockaway Maintenance, et, al. | *Case No.: 22-cv-10679 (LJL)***
*Second Request for Extension of Time to File Motion*

Dear Judge Liman:

My firm represents the Defendants in the above-referenced action. We write this letter pursuant to Rule 1.D of Your Honor's Individual Practices to respectfully request a short extension of time – *3 business days* - to submit Defendant's Motion for Summary Judgment to April 25, 2023..

This is Defendants *second* request for such extension.

This request comes at the last minute due to the undersigned's optimism to be able to timely file in accordance with the previous extension date.[1] There is no opposing counsel; Plaintiff is pro se and has failed to appear for the last two conferences.

We thank the Court for its understanding and consideration of this matter.

Respectfully submitted,

STERN LAW GROUP

Eric R. Stern, Esq.

cc:     All Counsel, via ECF

The deadline for Defendants to submit their motion for summary judgment is extended from April 20, 2023, to April 25, 2023. 4-21-23.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

---

[1] As a solo practitioner, I find myself requiring the Courtesy of minor extensions or adjournments from time to time to accommodate unforeseen interruptions caused by the fact I am the only attorney to address issues on behalf of my clients.