```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DAVID MELENDEZ,                                                   :
:
:
                                Plaintiff,                        :
                                                                  :     22-cv-10679 (LJL)
                  -v-                                             :
                                                                  :     ORDER
ROCKAWAY MAINTENANCE PARTNERS CORP.,                              :
ROCKAWAY MAINTENANCE CORP., BRIGHTON                              :
8TH PARTNERS, LLC, SIMEON FARBER a/k/a SIM                        :
FARBER a/k/a SAM FARBER, and URI DREIFUS,                         :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On April 25, 2023, Defendants filed a motion for summary judgment to dismiss the Amended Complaint with prejudice. Dkt. No. 38. If Plaintiff does not file an opposition by May 16, 2023, the motion will be deemed unopposed. Plaintiff is advised that he may seek assistance from the New York Legal Aid Group ("NYLAG") Legal Clinic for Pro Se Litigants. The NYLAG Clinic can be reached at (212) 659-6190 or at their website: https://www.nylag.org/pro-se-clinic/.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: May 2, 2023
      New York, New York                                LEWIS J. LIMAN
                                                                             United States District Judge