UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DAVID MELENDEZ, :
:
Plaintiff, :
: 22-cv-10679 (LJL)
-v- :
: ORDER
ROCKAWAY MAINTENANCE PARTNERS, CORP. :
ET AL, :
:
Defendants. :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2023

LEWIS J. LIMAN, United States District Judge:

The Court will hold a status conference in this matter on December 14, 2023 at 4:00PM. The conference will proceed remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

The Clerk of Court is respectfully directed to send a copy of this order to the Plaintiff at 3102 Dwight Avenue, Far Rockaway, NY 11691.

SO ORDERED.

Dated: November 30, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge