```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
DAVID MELENDEZ,                                                  :
                                                                 :
                                Plaintiff,                       :
                                                                 :           22-cv-10679 (LJL)
        -v-                                                      :
                                                                 :                ORDER
ROCKAWAY MAINTENANCE PARTNERS CORP.,                             :
ROCKAWAY MAINTENANCE CORP., BRIGHTON                             :
8TH PARTNERS, LLC, SIMEON FARBER a/k/a SIM                       :
FARBER a/k/a SAM FARBER, and URI DREIFUS,                        :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

LEWIS J. LIMAN, United States District Judge:

      On April 25, 2023, Defendants filed a motion for summary judgment on all of the claims in Plaintiff's amended complaint. Dkt. No. 38. On November 22, 2023, the Court granted that motion in part and denied it in part without prejudice. Dkt. No. 43.

      Today, the Court held a status conference. *See* Dkt. No. 44. Defendants attended that conference; Plaintiff did not. At the conference, Defendants stated their intention to file a renewed motion for summary judgment on Plaintiff's remaining claims.

      Defendants shall file their renewed motion for summary judgment on or before January 12, 2024. Plaintiff shall file a response by February 2, 2024. If Plaintiff responds, then Defendants shall reply by February 9, 2024.

      The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at 3102 Dwight Avenue, Far Rockaway, NY 11691.

      SO ORDERED.

Dated: December 14, 2023
       New York, New York

                                                                              LEWIS J. LIMAN
                                                        United States District Judge