UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DAVID MELENDEZ,

                Plaintiff,

      -v-

ROCKAWAY MAINTENANCE PARTNERS CORP.,
ROCKAWAY MAINTENANCE CORP., BRIGHTON
8TH PARTNERS, LLC, SIMEON FARBER a/k/a SIM
FARBER a/k/a SAM FARBER, and URI DREIFUS,

                Defendants.

---------------------------------------------------------------------X

22-cv-10679 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Defendants' motion for an extension to file a renewed motion for summary judgment, Dkt. No. 48, is GRANTED. Defendants shall file their renewed motion for summary judgment on or before February 2, 2024. Plaintiff shall file a response by February 23, 2024. If Plaintiff responds, then Defendants shall reply by March 1, 2024. In the absence of a response by February 23, 2024, the Court shall consider the motion unopposed. Defendants shall be granted no further adjournments.

    The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at 3102 Dwight Avenue, Far Rockaway, NY 11691.

    SO ORDERED.

Dated: January 19, 2024
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2024