**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
DAVID MELENDEZ,

                Plaintiff,           22 **CIVIL** 10679 (LJL)

      -v-                            **JUDGMENT**

ROCKAWAY MAINTENANCE PARTNERS CORP.,
ROCKAWAY MAINTENANCE CORP., BRIGHTON
8TH PARTNERS, LLC, SIMEON FARBER a/k/a SIM
FARBER a/k/a SAM FARBER, and URI DREIFUS,

                Defendant.
----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 8, 2024, that Defendants' renewed motion for summary judgment on the Plaintiff's FLSA claims, Dkt. No. 50, is GRANTED. The Plaintiff's remaining NYLL claim is DISMISSED without prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       July 8, 2024

                                            **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                       **BY:**

                                            _____
                                              **Deputy Clerk**